October 29, 1982.

452 A.2d 57

American Asphalt Pav. v. Wilkes-Barre
Redvlp., Appellant.

Argued December 9, 1981.   Charles A. Shaffer, for appellant; James P. Harris, Jr., for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment affirmed.

---

452 A.2d 58

Arena, etc. et al., Appellants v. Heilman, et al.

Argued June 10, 1980.   Edwin L. Guyer, submitted a brief on behalf of appellants; Albert R. Subers, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.